

# United States District Court
# Eastern District of California

Kalie Heckmann

Plaintiff(s)

V.

Equifax Information Services, LLC, et al.

Defendant(s)

Case Number: 1:25-cv-1547

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eliyahu Babad, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Kalie Heckmann

On 08/04/2010 (date), I was admitted to practice and presently in good standing in the Courts of the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/20/2025    Signature of Applicant: /s/ Eliyahu Babad

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Eliyahu Babad, Esq. |
| Law Firm Name: | Stein Saks PLLC |
| Address: | One University Plaza |
| | Suite 620 |
| City: | Hackensack    State: NJ    Zip: 07601 |
| Phone Number w/Area Code: | (201) 282-6500 |
| City and State of Residence: | Nassau, New York |
| Primary E-mail Address: | ebabad@steinsakslegal.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Robert Sibilia, Esq. |
| Law Firm Name: | Oceanside Law Center APC |
| Address: | 28202 Cabot Road, Ste 300 |
| City: | Laguna Niguel    State: CA    Zip: 92677 |
| Phone Number w/Area Code: | (760) 666-1151    Bar #: 126979 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 14, 2025

_U.S. Magistrate Judge Christopher D. Baker_