UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALIE HECKMANN,<br><br>   Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br><br>   Defendants. | Case No. 1:25-cv-01547-KES-CDB<br><br>ORDER ON SECOND STIPULATION EXTENDING TIME FOR DEFENDANT PORTFOLIO RECOVERY ASSOCIATES TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 14) |

On November 12, 2025, Plaintiff Kalie Heckmann ("Plaintiff") initiated this action with the filing of a complaint against Defendants Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), Trans Union, LLC ("Trans Union"), and Portfolio Recovery Associates ("PRA") (collectively, "Defendants"). (Doc. 1). On December 9, 2025, the parties stipulated to extend time for Defendant PRA to respond to the complaint by 28 days to January 6, 2026, pursuant to Local Rule 144(a). (Doc. 12). The next day, the parties similarly stipulated to extend time for Defendant Experian to respond to the complaint to January 7, 2026, pursuant to Local Rule 144(a). (Doc. 13).

Pending before the Court is the parties' stipulated request, filed on December 29, 2025, to extend the time for Defendant PRA to respond to Plaintiff's complaint by an additional 28 days to February 3, 2026. (Doc. 14). The parties represent that they are currently engaged in efforts to resolve Plaintiff's claims against PRA and therefore seek the requested extension to continue

exploring a possible resolution of Plaintiff's claims against PRA.  *Id.* ¶ 5.

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendant PRA shall file a response to the complaint no later than **February 3, 2026**.

IT IS SO ORDERED.

Dated:   **December 30, 2025**              _____
                                                                             UNITED STATES MAGISTRATE JUDGE